### 46449.   WATSON et al. v. ELBERTON-ELBERT COUNTY HOSPITAL AUTHORITY.

PER CURIAM. Our judgment in *Watson v. Elberton-Elbert County Hosp. Auth.,* 125 Ga. App. 112 (184 SE2d 459) having been reversed by the Supreme Court in *Watson v. Elberton-Elbert County Hosp. Auth.,* 229 Ga. 26, our judgment therein is hereby vacated and upon the basis of the judgment and decision of the Supreme Court the judgment of the trial court is hereby

*Reversed. Hall, P. J., Eberhardt, P. J., and Clark, J., concur.*

DECIDED MAY 10, 1972.

*Telford, Stewart & Stephens, Charles W. Stephens, J. Cleve Miller,* for appellants.

*Grant & Matthews, William F. Grant, Carlton G. Matthews,* for appellee.